IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. No. 3:12-158-JFA |
| v. | |
| STANLEY D. PARTMAN | **ORDER** **DISMISSING INDICTMENT** |
| a/k/a Goat | |

This matter comes before the Court on motion of the government to dismiss the indictment returned by the grand jury on February 22, 2012 in the above-captioned case.[1] *See* Mot. Dismiss, ECF No. 55.

For good cause having been shown, and pursuant to Rule 48, Federal Rules of Criminal Procedure, the indictment in the above-captioned case is dismissed without prejudice.

IT IS SO ORDERED.

November 20, 2012                         Joseph F. Anderson, Jr.
Columbia, South Carolina                 United States District Judge

---

[1] On September 19, 2012, the grand jury returned a multi-count Second Superseding Indictment against defendant Partman in Criminal Case No. 3:11-2063. The present Order does not affect this Second Superseding Indictment.